UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DAK AMERICAS LLC, INDORAMA VENTURES USA, INC., and NAN YA PLASTICS CORPORATION, AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>NOVATEX LIMITED, G-PAC CORPORATION, NIAGARA BOTTLING, LLC, and iRESIN, LLC,<br><br>Defendant-Intervenors. | Before: Gary S. Katzmann, Judge<br>Court No. 18-00238 |

## JUDGMENT

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now, in conformity with that opinion, it is hereby

**ORDERED** that the United States International Trade Commission's Views of September 23, 2020, ECF No. 117, are sustained; and it is further

**ORDERED** that judgment be, and hereby is, entered for defendant the United States.

/s/   *Gary S. Katzmann*
Judge

Dated: May 3, 2021
New York, New York