United States Court of International Trade<br>
One Federal Plaza<br>
New York, NY 10278

CHAMBERS OF
Gary S. Katzmann

May 3, 2021

Paul C. Rosenthal
Kelley Drye & Warren, LLP
3050 K Street, NW, Suite 400
Washington, DC 20007-5108

Brian R. Allen
U.S. International Trade Commission
Office of the General Counsel
500 E Street, SW
Washington, DC 20436

Brenda A. Jacobs
Jacobs Global Trade & Compliance LLC
4134 N. River Street
McLean, VA 22101

John M. Peterson
Neville Peterson, LLP
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006

Susan Gayle Esserman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

Re:   *DAK Americas LLC* v. *United States*
      Court No. 18-00238

Dear Counselors:

    It is my intention to issue the opinion in the above-captioned case as a redacted public document. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the opinion and inform the court no later than close of business by Wednesday, May 5, 2021 via ECF, of the following:

1. Whether any information not already in brackets is confidential and should be double-bracketed in the public version; or

2. Whether any information already in brackets is not confidential and should not be double-bracketed in the public version.

If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

                              Sincerely,

                              */s/ Gary S. Katzmann*
                              Gary S. Katzmann
                                      Judge