May 4, 2021

**FILED ELECTRONICALLY**

The Honorable Gary S. Katzmann, Judge
U.S. Court of International Trade
One Federal Plaza
New York, New York 10278

Re:   Court No. 18-00238 – Response to Letter Concerning Redactions for the Public Version of Slip Op. 21-52

Dear Judge Katzmann:

  Counsel for Defendant-intervenors Novatex Limited and G-Pac Corporation (collectively, "Novatex") hereby respond to the Court's questions regarding designations and bracketing of confidential information in Slip Op. 21-52.

  Counsel for Novatex have reviewed the bracketing in Slip Op. 21-52. Based on our review, we do not believe any changes are necessary. We do not believe that any information not already in brackets is confidential. Nor do we believe that any information already in brackets is not confidential.

            Respectfully submitted,

            */s/ Brenda A. Jacobs*
            Brenda A. Jacobs
            Jacobs Global Trade & Compliance LLC
            4134 N. River Street
            McLean, VA 22101
            (202) 256-2911

            Neil R. Ellis
            Law Offices of Neil Ellis PLLC
            5335 Wisconsin Avenue, NW, Suite 440
            Washington, DC 20015
            202-258-5421

      Counsel for Novatex Limited and G-Pac Corporation

CERTIFICATE OF SERVICE

I hereby certify that copies of the attached letter have been served by the Court's CM/ECF system, on May 4, 2021, addressed to the following parties:

**On behalf of DAK Americas LLC, et al.**:
Paul Charles Rosenthal
Kelley Drye & Warren LLP
3050 K Street, N.W. Suite 400
Washington, DC 20007

**On behalf of the United States**:
Brian Robert Allen
U.S. International Trade Commission
Office of the General Counsel
500 E Street, SW
Washington, DC 20436

**On Behalf of Niagara Bottling, LLC**:
John M. Peterson
Neville Peterson LLP
One Exchange Plaza
55 Broadway
Suite 2602
New York, NY 10006

**On Behalf of iResin, LLC:**
Susan Gayle Esserman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*/s/ Brenda A. Jacobs*
Brenda A. Jacobs