**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

**WASHINGTON HARBOUR, SUITE 400**

**3050 K STREET, NW**

**WASHINGTON, D.C. 20007-5108**

(202) 342-8400

NEW YORK, NY
CHICAGO, IL
HOUSTON, TX
LOS ANGELES, CA
SAN DIEGO, CA
PARSIPPANY, NJ
STAMFORD, CT

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(202) 342-8451
www.kelleydrye.com

May 5, 2021

**VIA CM/ECF**

The Honorable Gary S. Katzmann, Judge
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

      Re: **DAK Americas LLC v. United States, Court No. 18-00238; Plaintiffs' Response to Court's May 3, 2021 Letter**

Your Honor:

On behalf of Plaintiffs DAK Americas LLC, Indorama Ventures USA, Inc., and Nan Ya Plastics Corporation, America, we hereby respond to the Court's letter, dated May 3, 2021 (ECF No. 150), requesting review of the double-bracketing contained in the confidential version of Slip Op. 21-52, dated May 3, 2021 (ECF No. 148).

After review of the Court's opinion, we do not believe double brackets need to be added or expanded.  We do, however, believe the following information currently contained in double brackets is not confidential and that the double brackets may be removed:

Court No. 18-00238
May 5, 2021
Page 2

| Page No. (Slip Op. 21-52) | Quote | Reason for Removing Double Brackets |
|---|---|---|
| 29 | "Rather, the Commission explained that 'domestic producers kept their capacity generally static throughout the POI under the assumption that [[ *** ]] would bring on additional capacity that could meet the growing demand,' beginning in 2015 and 'were known and relevant for years prior to October 2017, and at least as early as October 2015.'" (citing Remand Views at 7–8) | The quote from the non-confidential version of the Remand Views is as follows: "Thus, domestic producers kept their capacity generally static throughout the POI under the assumption that *M&G* would bring on additional capacity that could meet the growing demand." Remand Views at 7 (emphasis added). 

The information contained in the double brackets in the Court's opinion is similar, although not identical, to the reference to "M&G" in the quote above. We believe single brackets (signaling non-confidential substitution language) rather than double brackets (signaling confidentiality) are appropriate here. |
| 31 | "The Commission sufficiently explained that this choice made by the domestic industry was made in light of a market that [[ *** ]], which was unexpectedly delayed and then cancelled as the POI proceeded that left the domestic industry unable to effectively supply the domestic market as planned." (citing Remand Views at 7–8) | The issue of additional capacity from M&G was discussed in the non-confidential version of the Remand Views at 7-8. Plaintiffs' counsel do not view the double-bracketing of such information in the Court's opinion on page 31 to be necessary. Similar information is also publicly discussed in footnote 9 on page 31 of the Court's opinion. |

                      Respectfully submitted,

                      /s/ Brooke M. Ringel
                      PAUL C. ROSENTHAL
                      KATHLEEN W. CANNON
                      BROOKE M. RINGEL

                      Counsel to Plaintiffs